Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CLIFFORD COLLINS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:05-CV-614 AWI LJO <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until February 7, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, May 9, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated:  January 9, 2006               /s/ Gina Fazio

2 |                                        GINA FAZIO,
                                           Attorney for Plaintiff.

3 | Dated: January 9, 2006

4 |                                        MCGREGOR SCOTT
                                           United States Attorney

5 |                                        By: /s/ Kristi C. Kapetan
6 |                                        (as authorized via facsimile)
                                           KRISTI C. KAPETAN
7 |                                        Assistant U.S. Attorney

8 |         IT IS SO ORDERED.

9 | **Dated:   January 10, 2006**               **/s/ Lawrence J. O'Neill**
    66h44d                                      UNITED STATES MAGISTRATE JUDGE