1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CLIFFORD COLLINS,                          CASE NO. CV F 05-0614 AWI LJO

12                    Plaintiff,          **ORDER TO ADOPT FINDINGS AND**
                                          **RECOMMENDATIONS ON PLAINTIFF'S**
13        vs.                             **SOCIAL SECURITY COMPLAINT**
                                          (Doc. 20.)
14   JO ANNE B. BARNHART, Commissioner
     of Social Security,

15                    Defendant.
16   _____/

17                            **INTRODUCTION**

18   _____Plaintiff Clifford Collins ("plaintiff") seeks this Court's review of an administrative law judge's

19   ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability insurance benefits and

20   Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§

21   401-433 and1381-1382c.   After review of the Administrative Record and the parties' papers, the

22   magistrate judge issued August 4, 2006 findings and recommendations to DENY plaintiff's request to

23   reverse the ALJ's decision to deny plaintiff disability insurance benefits and SSI or to remand for further

24   proceedings.  Plaintiff filed no timely objections to the findings and recommendations.

25                        **CONCLUSION AND ORDER**

26        Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  After

27   carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations

28   are supported by the record and proper analysis.

                                          1

Accordingly, this Court:

1.    ADOPTS in full the magistrate judge's August 4, 2006 findings and recommendations; and

2.    DIRECTS this Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Clifford Collins and to close this action.

IT IS SO ORDERED.

**Dated:**    **September 15, 2006**                    _____/s/ Anthony W. Ishii_____
0m8i78                                                UNITED STATES DISTRICT JUDGE

2